[No. 68242-3-I.   Division One.   October 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. B.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-02099-3, Christopher A. Washington, J., entered January 3, 2012. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 29895-7-III.   Division Three.   October 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN R. HOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 11-8-00006-5, Scott R. Sparks, J., entered April 25, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Siddoway, J.; Sweeney, J., dissenting.

[No. 30102-8-III.   Division Three.   October 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARON LYNNE PROVOST, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 08-1-00138-5, Tari S. Eitzen, J. Pro Tem., entered July 21, 2011. *Reversed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Sweeney, J.

[No. 30657-7-III.   Division Three.   October 23, 2012.]

VENKATARAMAN SAMBASIVAN, *Appellant*, v. KADLEC MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-2-01534-1, Robert G. Swisher, J., entered May 26, 2011. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Kulik, JJ.